IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STUART A. WILLIAMS**, trustee of THE STUART A. AND FRANCINE W. WILLIAMS REVOCABLE TRUST, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:12cv1216 **Electronic Filing** |
| **CEDE & CO.**, nominee name of the Depository Trust Company, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER TO SHOW CAUSE

The record in this case reflects that above captioned complaint was filed on August 23, 2012. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, a service of process shall be made on the named defendants within 120 days of the filing of the complaint. As of the date of this order, no return of service has been filed with the court.

Therefore, this 11th day of July, 2013, IT IS HEREBY ORDERED that plaintiff shall show cause by **July 31, 2013**, why the instant action should not be dismissed for failure to prosecute.

s/ DAVID STEWART CERCONE
David Stewart Cercone
United States District Judge

cc:   Allen M. Lopus, Esquire
Ryan P. Stewart, Esquire

(*Via CM/ECF Electronic Mail*)