**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STUART A. WILLIAMS, trustee of THE STUART A. AND FRANCINE W. WILLIAMS REVOCABLE TRUST,<br><br>      Plaintiff,<br><br>      v.<br><br>CEDE & CO., nominee name of the Depository Trust Company,<br><br>      Defendant. | CIVIL ACTION NO. 2:12-cv-01216-DSC |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Danny P. Cerrone, Jr. on behalf of Plaintiff, Stuart A. Williams, trustee of The Stuart A. and Francine W. Williams Revocable Trust, in connection with the above-captioned matter.

                                                                   Respectfully submitted,

Dated: July 22, 2013                                    By: */s/ Danny P. Cerrone, Jr.*
                                                                        Danny P. Cerrone, Jr., Esquire
                                                                        Pa. I.D. No. 201091
                                                                        CLARK HILL THORP REED
                                                                        Firm I.D. No. 282
                                                                        One Oxford Centre
                                                                        301 Grant Street, 14th Floor
                                                                        Pittsburgh, PA  15219-1425
                                                                        (412) 394-7711

                                                                      *Attorneys for Plaintiff*

{01474458}

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2013, the foregoing was served upon the following via First Class, United States mail, postage prepaid.

> David Berardinelli, Esquire
> DeForest Koscelnik Yokitis Skinner & Berardinelli
> Koppers Building, 30th Floor
> 436 Seventh Avenue
> Pittsburgh, Pennsylvania  15219
> *(counsel for the Defendant)*

             *s/ Danny P. Cerrone, Jr.*