IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STUART A. WILLIAMS, trustee of THE STUART A. AND FRANCINE W. WILLIAMS REVOCABLE TRUST; | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 2:12-cv-01216-DSC |
| v. | ) ) | |
| CEDE & CO., nominee name of the Depository Trust Company, | ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that David J. Berardinelli of DeForest, Koscelnik, Yokitis, Skinner & Berardinelli, a member in good standing of the bar of this Court, hereby enters an appearance as counsel for Defendant CEDE & Co. in the above-captioned action, and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served on the undersigned.

Dated: August 1, 2013

Respectfully submitted,

By: s/ David J. Berardinelli
David J. Berardinelli (Pa. ID No. 79204)
DEFOREST KOSCELNICK YOKITIS
SKINNER & BERARDINELLI
436 Seventh Avenue
Pittsburgh, PA 15219
Tel. (412) 227-3100
Fax. (412) 227-3130
*Attorney for Defendant
CEDE & Co.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance was filed electronically, and notice was served upon the parties by operation of the Court's ECF system.

Dated: August 1, 2013

                                                s/   David J. Berardinelli