# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUART A. WILLIAMS, trustee of THE STUART A. AND FRANCINE W. WILLIAMS REVOCABLE TRUST,<br><br>      Plaintiff,<br><br>v.<br><br>CEDE & CO., nominee name of the Depository Trust Company,<br><br>      Defendant. | Case No. cv-12-1216 |

## STIPULATION EXTENDING TIME TO
## RESPOND PURSUANT TO LOCAL RULE 7(E)

Each of the parties hereto, by and through their undersigned counsel as set forth below, hereby agrees and stipulates that the due date by which the Defendant must respond to the Complaint by answer, motion, or otherwise is hereby extended through and including Friday, August 30, 2013. Consistent with Local Rule 7(E) of the United States District Court for the Western District of Pennsylvania, this stipulation extends the Defendant's deadline to respond by less than 45 days. Defendant reserves, and does not waive, all defenses and potential objections to the Complaint filed in these proceedings.

{01468946}

| | |
|---|---|
| Dated:  August 2, 2013 | Respectfully submitted, |
| /s/ Danny P. Cerrone, Jr. | /s/ David Berardinelli |
| Allen M. Lopus (Pa. I.D. No. 76544) | David Berardinelli (Pa. I.D. No. 79204) |
| alopus@clarkhillthorpreed.com | berardinelli@deforestlawfirm.com |
| Danny P. Cerrone, Jr. (Pa. I.D. No. 201091) | DeForest Koscelnik Yokitis |
| dcerrone@clarkhillthorpreed.com | Skinner & Berardinelli |
| Clark Hill Thorp Reed | Koppers Building, 30th Floor |
| One Oxford Centre | 436 Seventh Avenue |
| 301 Grant Street, 14th Floor | Pittsburgh, Pennsylvania  15219 |
| Pittsburgh, PA  15219 | Telephone: 412.227.3135 |
| Telephone: (412) 394-7711 | Facsimile: 412.227.3130 |
| Facsimile: (412) 394-2555 | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2013, the foregoing was served upon all counsel of record via the CM/ECF Electronic filing system of the United States District Court for the Western District of Pennsylvania.

                                              */s/ Danny P. Cerrone, Jr.*

{01468946}