IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUART A. WILLIAMS, trustee of THE STUART A. AND FRANCINE W. WILLIAMS REVOCABLE TRUST, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CEDE & CO., nominee name of the Depository Trust Company, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 2:12-cv-01216-DSC |

**ORDER**

And now, this \_\_7th\_\_ day of \_\_August\_\_, 2013, upon consideration of the foregoing Plaintiff's Motion for Enlargement of Time, it is hereby ORDERED that the Motion is GRANTED. The Plaintiff, Stuart A. Williams, trustee of The Stuart A. and Francine W. Williams Revocable Trust is permitted to memorialize its service of the Complaint and Summons upon the Defendant, Cede & Co., a nominee name of the Depository Trust Company, through the July 22, 2013 filing of the Affidavit of Service with the Court.

BY THE COURT:

_____
Judge David Stewart Cercone

{01475809}