IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUART A. WILLIAMS, trustee of THE STUART A. AND FRANCINE W. WILLIAMS REVOCABLE TRUST, <br><br> Plaintiff, <br><br> v. <br><br> CEDE & CO., nominee name of the Depository Trust Company, <br><br> Defendant. | CIVIL ACTION NO. 2:12-cv-01216-DSC |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Rule 83.2 of the Local Rules of the Court, the undersigned attorney respectfully moves the Court that attorney Ryan P. Stewart be permitted to withdraw as counsel of record for Plaintiff Stuart A. Williams, trustee of the Stuart A. and Francine W. Williams Revocable Trust, in the instant matter.

1. Mr. Stewart began representing Plaintiff while Mr. Stewart was employed by the law firm Thorp Reed & Armstrong, LLP (now Clark Hill Thorp Reed, LLP).

2. Mr. Stewart is no longer employed by Thorp Reed & Armstrong, LLP.

3. Attorneys Allen M. Lopus and Danny P. Cerrone, Jr. of Clark Hill Thorp Reed, LLP have entered their appearances on Plaintiff's behalf.

4. Plaintiff will continue to be represented by Messrs. Lopus and Cerrone and will not suffer any prejudice as a result of the withdrawal.

WHEREFORE, the undersigned attorney respectfully requests that the Court grant the motion to withdraw as counsel of record for Plaintiff Stuart A. Williams, trustee of the Stuart A. and Francine W. Williams Revocable Trust, in the instant matter.

Dated:  August 23, 2013                              Respectfully submitted,

*/s/ Ryan P. Stewart*
Ryan P. Stewart (PA #209185)
**PEPPER HAMILTON LLP**
Suite 5000
500 Grant Street
Pittsburgh, PA 15219
(412) 454-5000
(412) 281-0717 (facsimile)
stewartr@pepperlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **MOTION FOR WITHDRAWAL OF APPEARANCE** was served this day, August 23, 2013, upon counsel of record via the Court's ECF system.

/s/ *Ryan P. Stewart*
Ryan P. Stewart

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUART A. WILLIAMS, trustee of THE STUART A. AND FRANCINE W. WILLIAMS REVOCABLE TRUST, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 2:12-cv-01216-DSC |
| CEDE & CO., nominee name of the Depository Trust Company, | |
| Defendant. | |

## **ORDER**

AND NOW, on this _____ day of _____ 2013, upon consideration of the Motion For Withdrawal of Appearance filed on behalf of Ryan P. Stewart,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

_____
Judge David Stewart Cercone