IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STUART A. WILLIAMS, trustee of THE
STUART A. AND FRANCINE W.
WILLIAMS REVOCABLE TRUST,

Plaintiff,

v.                                                CIVIL ACTION NO. 2:12-cv-01216-DSC

CEDE & CO., nominee name of the
Depository Trust Company,

Defendant.

**ORDER**

AND  NOW,  on  this  __27th__  day  of  __August__  2013, upon

consideration of the Motion For Withdrawal of Appearance filed on behalf of Ryan P. Stewart,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

_____
Judge David Stewart Cercone