UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUART A. WILLIAMS, trustee of THE STUART A. AND FRANCINE W. WILLIAMS REVOCABLE TRUST;<br><br>    Plaintiff,<br><br>v.<br><br>CEDE & CO., nominee name of the Depository Trust Company,<br><br>    Defendant. | Civil Action No. 2:12-cv-01216-DSC |

## ORDER OF COURT

AND NOW, on this 28 day of August, 2013, upon consideration of Defendant CEDE & Co.'s Consent Motion for Entry of a Revised Scheduling Order, it is hereby ordered that said Motion is Granted and that this matter shall proceed in accordance with the following Revised Scheduling Order.

1. **Rule 26(f) Conference**. Pursuant to Rule 26 and notwithstanding the pendency of any outstanding motion, the parties **MUST** confer to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case and to make arrangements for the disclosures required by Rule 26(a)(1) on or before **September 19, 2013**. Plaintiff shall initiate this conference; however, the Court will hold all parties responsible for ensuring that this conference is held in a timely manner.

2. **Rule 26(f) Report**. The parties **MUST** confer as necessary and **MUST** file with the Court the Stipulation Selecting ADR Process and the Rule 26(f) Report on or before **October 3, 2013**. The parties may decide who will prepare and file the Stipulation and Rule 26(f) Report; however, the Court will hold all parties responsible for ensuring that the Stipulation and Report are filed in the correct form and in a timely manner.

BY THE COURT:

*D. Cercone*

Hon. David Stewart Cercone