UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUART A. WILLIAMS, trustee of THE STUART A. AND FRANCINE W. WILLIAMS REVOCABLE TRUST;<br><br>Plaintiff,<br><br>v.<br><br>CEDE & CO., nominee name of the Depository Trust Company,<br><br>Defendant. | Civil Action No. 2:12-cv-01216-DSC |

## ORDER OF COURT

AND NOW, on this 28th day of August, 2013, upon consideration of Defendant CEDE & Co.'s Consent Motion for Extension of Time to Answer Plaintiff's Complaint, it is hereby ordered that said Motion is Granted and Defendant CEDE & Co.'s Response to the Complaint is due Friday September 13, 2013.

BY THE COURT:

*DS Cercone*

Hon. David Stewart Cercone