IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUART A. WILLIAMS, trustee of THE STUART A. AND FRANCINE W. WILLIAMS REVOCABLE TRUST,<br><br>                Plaintiff,<br><br>v.<br><br>CEDE & CO., nominee name of the Depository Trust Company,<br><br>                Defendant. | CIVIL DIVISION<br><br>Case No. 2:12-cv-01216-DSC<br><br>Judge Cercone |

## DISCLOSURE STATEMENT

      Pursuant to Local Rule 7.1.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Cede & Co., nominee name of The Depository Trust Company, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Date: September 23, 2013

Respectfully submitted:

By: s/ David J. Berardinelli
    David J. Berardinelli (PA 79204)
    berardinelli@deforestlawfirm.com
    DEFOREST KOSCELNICK YOKITIS
    SKINNER & BERARDINELLI
    436 Seventh Avenue
    Pittsburgh, PA 15219
    Tel.: (412) 227-3100
    Fax: (412) 227-3130

    Gregg M. Mashberg (admitted *pro hac vice*)
    gmashberg@proskauer.com
    Lawrence S. Elbaum (admitted *pro hac vice*)
    lelbaum@proskauer.com
    PROSKAUER ROSE LLP
    Eleven Times Square
    New York, NY 10036
    Tel.: (212) 969-3000
    Fax: (212) 969-2900

    *Counsel for Defendants Cede & Co., Nominee of The Depository Trust Company*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 23rd day of September, a true and correct copy of the foregoing Disclosure Statement was filed with the Clerk of Court electronically and notice was served upon the parties by operation of the Court's ECF system.

Dated: September 23, 2013

                                                s/   David J. Berardinelli