# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STUART A. WILLIAMS,** trustee of THE STUART A. AND FRANCINE W. WILLIAMS REVOCABLE TRUST, ) ) ) ) Plaintiff, ) ) v. ) ) **CEDE & CO.,** nominee name of the Depository Trust Company, ) ) ) Defendant. ) | 2:12cv1216<br>**Electronic Filing** |

## CASE MANAGEMENT CONFERENCE
### Before Judge David Stewart Cercone

Appear for Plaintiff:      Danny P. Cerrone, Esquire
Appear for Defendant:  Lawrence S. Elbaum, Esquire; David J. Berardinelli, Esquire
Hearing date:                10/4/13
Hearing begun:              11:45 a.m.
Hearing concluded:        12:10 p.m.
Stenographer:                None
Clerk/Deputy Clerk:       Mark W. Mohney

REMARKS:   The court met with counsel to assure that the parties have completed all prerequisites for completion of the ADR process.   Attorney Cerrone designated as lead counsel for the ADR process.   The parties have selected early neutral evaluation.  Costs to be split 50/50.  Counsel are to discuss with their clients the use of Louis Kushner, Esquire as a neutral and report to the court on or before 10/11/13.  A referral order with adjusted dates for the notice of scheduling and the completion of the ADR session will be issued thereafter.   The parties will request a post-discovery conference with the court if it appears at that time that such a conference will assist the parties in expeditiously resolving the case or completing final preparations for trial.   Standard jury-trial CMO with 150 days of discovery to follow.