IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUART A. WILLIAMS, Trustee of the Stuart A. and Francine W. Williams Revocable Trust,<br><br>    Plaintiffs<br>v.<br>CEDE & CO., Nominee name of the Depository Company,<br><br>    Defendant(s) | Civil Action No.: 2:12-cv-1216 |

## NOTICE OF ENE SESSION

The ENE session is scheduled in the above-captioned matter for November 19, 2013 10:00 a.m.

The session will be held at: the offices of Rothman Gordon, P.C., 310 Grant Street, 3rd Floor, Grant Building, Pittsburgh, PA 15219.

Attendance of the parties and principals will be in accordance with the Court's
Alternative Dispute Resolution Policies and Procedures.

Date: October 22, 2013        Signature of Neutral: /s/Louis B. Kushner

ND: 4840-3621-6854, v. 1 | 66048-039